Fill in this information to identify the case:

Debtor 1: Michael S. Young

Debtor 2 (Spouse, if filing): Rochell A. Young

United States Bankruptcy Court for the: Northern District of Ohio (State)

Case number: 16-11204-jps

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 3 0

**Property address:** 21015 Libby Road
Number    Street

Maple Heights    OH    44137
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 5214.06

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b. (c) $ 5214.06

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 11/14/2021
MM / DD / YYYY

| Debtor 1 | Michael S. Young | | | Case number (if known) 16-11204-jps |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Jon J. Lieberman
Signature

Date 7/13/2021

Print: Jon J. Lieberman
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

|  | Young |  |  |  |  | Interest Method: | Daily/365 | Borrower pays the first few payments and the Trustee takes over pmts in 2017 |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | FINAL CURE |  |  | Interest Rate: | 4.970% | Household Realty Corp executed Forbearance to assist the Borrower. Payments began to split afterwards |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrears | Arrears | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. | Forbearance Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/16 | 03/07/16 |  |  |  |  |  | 2,006.99 |  |  | 0.00 |  | 0.00 |  | 0.00 |  | 0.00 | 62,989.27 |  |
| 03/07/16 | 03/07/16 | 0 | No Pmts Claimed - Due for 05/14/16 |  |  | 0.00 | 2,006.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,989.27 |  |
| 03/07/16 | 03/07/16 | 0 | Arr Fees |  |  | 0.00 | 2,006.99 | 0.00 | 0.00 | 0.00 | 0.00 | (177.43) | (177.43) | 0.00 | 0.00 | 0.00 | 62,989.27 |  |
| 06/09/16 | 06/09/16 | 94 | 05/14/16 | 580.00 | 580.00 | 804.03 | 2,811.02 | 580.00 | 0.00 | 0.00 | 0.00 | (177.43) | 0.00 | 0.00 | 0.00 | 0.00 | 62,989.27 |  |
| 06/16/16 | 06/16/16 | 7 | 06/16/16 | 290.00 |  | 59.87 | 2,290.89 | 59.87 | 230.13 | 0.00 | 0.00 | (177.43) | 0.00 | 0.00 | 0.00 | 0.00 | 62,759.14 |  |
| 06/16/16 | 06/16/16 | 0 | Arrears Pmt | 177.43 | 0.00 | 0.00 | 2,231.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.43 | 0.00 | 0.00 | 0.00 | 62,759.14 |  |
| 01/01/17 | 01/01/17 | 199 |  |  |  | 1,695.92 | 3,926.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,759.14 |  |
| 03/13/17 | 03/13/17 | 71 | 07/14/16  Trustee Starts Pmts | 579.34 | 579.34 | 606.73 | 4,533.67 | 579.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,759.14 |  |
|  | 03/13/17 | 0 | Forbearance | 3,954.33 | 3,954.33 | 0.00 | 3,954.33 | 3,954.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,759.14 | -3954.33 |
|  | 03/13/17 | 0 |  |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,759.14 |  |
| 04/17/17 | 04/17/17 | 35 | 08/14/16 | 579.34 | 579.34 | 299.09 | 299.10 | 299.10 | 280.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,478.90 |  |
| 05/10/17 | 05/12/17 | 25 | 09/14/16 | 579.34 | 579.34 | 212.69 | 212.69 | 212.69 | 366.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,112.24 |  |
| 06/13/17 | 06/13/17 | 32 | 10/14/16 | 579.34 | 579.34 | 270.64 | 270.64 | 270.64 | 308.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,803.54 |  |
| 07/18/17 | 07/18/17 | 35 | 11/14/16 | 579.34 | 579.34 | 294.54 | 294.54 | 294.54 | 284.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,518.74 |  |
| 08/15/17 | 08/15/17 | 28 | 12/14/16 | 579.34 | 579.34 | 234.55 | 234.55 | 234.55 | 344.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,173.95 |  |
|  | 09/16/17 | 32 | Transfer to New Servicer |  |  | 266.55 | 266.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,173.95 |  |
| 09/26/17 | 09/26/17 | 10 | 01/14/17 | 579.34 | 579.34 | 83.30 | 349.85 | 349.85 | 229.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,944.46 |  |
| 10/24/17 | 10/24/17 | 28 | 02/14/17 | 579.34 | 579.34 | 232.36 | 232.36 | 232.36 | 346.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,597.48 |  |
| 11/15/17 | 11/15/17 | 22 | 03/14/17 | 579.34 | 579.34 | 181.53 | 181.53 | 181.53 | 397.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,199.66 |  |
| 12/12/17 | 12/12/17 | 27 | 04/14/17 | 579.34 | 579.34 | 221.32 | 221.32 | 221.32 | 358.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59,841.64 |  |
| 01/22/18 | 01/22/18 | 41 | 05/14/17 | 579.34 | 579.34 | 334.08 | 334.08 | 334.08 | 245.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59,596.38 |  |
| 02/13/18 | 02/13/18 | 22 | 06/14/17 | 579.34 | 579.34 | 178.53 | 178.53 | 178.53 | 400.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59,195.57 |  |
| 03/14/18 | 03/14/18 | 29 | 07/14/17 | 579.34 | 579.34 | 233.75 | 233.75 | 233.75 | 345.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,849.98 |  |
| 04/13/18 | 04/13/18 | 30 | 08/14/17 | 579.34 | 579.34 | 240.40 | 240.40 | 240.40 | 338.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,511.04 |  |
| 05/17/18 | 05/17/18 | 34 | 09/14/17 | 579.34 | 579.34 | 270.88 | 270.88 | 270.88 | 308.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,202.58 |  |
| 06/19/18 | 06/19/18 | 33 | 10/14/17 | 579.34 | 579.34 | 261.53 | 261.53 | 261.53 | 317.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,884.77 |  |
| 07/25/18 | 07/25/18 | 36 | 11/14/17 | 579.34 | 579.34 | 283.75 | 283.75 | 283.75 | 295.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,589.18 |  |
| 08/20/18 | 08/20/18 | 26 | 12/14/17 | 579.34 | 579.34 | 203.88 | 203.88 | 203.88 | 375.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,213.72 |  |
| 09/25/18 | 09/25/18 | 36 | 01/14/18 | 579.34 | 579.34 | 280.46 | 280.46 | 280.46 | 298.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,914.83 |  |
| 10/18/18 | 10/18/18 | 23 | 02/14/18 | 579.34 | 579.34 | 178.24 | 178.24 | 178.24 | 401.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,513.74 |  |
| 11/21/18 | 11/21/18 | 34 | 03/14/18 | 579.34 | 579.34 | 261.64 | 261.64 | 261.64 | 317.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,196.03 |  |
| 12/20/18 | 12/20/18 | 29 | 04/14/18 | 579.34 | 579.34 | 221.91 | 221.91 | 221.91 | 357.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,838.60 |  |
| 01/17/19 | 01/17/19 | 28 | 05/14/18 | 579.34 | 579.34 | 212.89 | 212.89 | 212.89 | 366.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,472.15 |  |
| 02/20/19 | 02/20/19 | 34 | 06/14/18 | 579.34 | 579.34 | 256.81 | 256.81 | 256.81 | 322.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,149.62 |  |
| 03/20/19 | 03/20/19 | 28 | 07/14/18 | 579.34 | 579.34 | 210.26 | 210.26 | 210.26 | 369.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,780.55 |  |
| 04/18/19 | 04/18/19 | 29 | 08/14/18 | 579.34 | 579.34 | 216.32 | 216.32 | 216.32 | 363.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,417.52 |  |
| 05/22/19 | 05/22/19 | 34 | 09/14/18 | 579.34 | 579.34 | 251.93 | 251.93 | 251.93 | 327.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,090.11 |  |
| 06/27/19 | 06/27/19 | 36 | 10/14/18 | 579.34 | 579.34 | 265.15 | 265.15 | 265.15 | 314.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,775.92 |  |
| 07/30/19 | 07/30/19 | 33 | 11/14/18 | 579.34 | 579.34 | 241.64 | 241.64 | 241.64 | 337.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,438.22 |  |
| 08/31/19 | 08/31/19 | 32 | 12/14/18 | 579.34 | 579.34 | 232.84 | 232.84 | 232.84 | 346.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,091.72 |  |
| 09/23/19 | 09/23/19 | 23 | 01/14/19 | 579.34 | 579.34 | 166.27 | 166.27 | 166.27 | 413.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,678.65 |  |
| 10/25/19 | 10/25/19 | 32 | 02/14/19 | 579.34 | 579.34 | 229.53 | 229.53 | 229.53 | 349.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,328.85 |  |
| 11/30/19 | 11/30/19 | 36 | 03/14/19 | 579.34 | 579.34 | 256.51 | 256.51 | 256.51 | 322.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,006.02 |  |
| 12/26/19 | 12/26/19 | 26 | 04/14/19 | 579.34 | 579.34 | 184.12 | 184.12 | 184.12 | 395.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,610.79 |  |
|  | 01/01/20 | 6 |  |  |  | 42.05 | 42.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,610.79 |  |
| 01/17/20 | 01/17/20 | 16 | 05/14/19 | 579.34 | 579.34 | 112.13 | 154.18 | 154.18 | 425.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,185.64 |  |
| 02/19/20 | 02/19/20 | 33 | 06/14/19 | 579.34 | 579.34 | 229.37 | 229.37 | 229.37 | 349.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,835.67 |  |
| 03/19/20 | 03/19/20 | 29 | 07/14/19 | 579.34 | 579.34 | 200.19 | 200.19 | 200.19 | 379.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,456.52 |  |
| 04/16/20 | 04/16/20 | 28 | 08/14/19 | 579.34 | 579.34 | 191.85 | 191.85 | 191.85 | 387.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,069.02 |  |
|  | 05/04/20 | 18 |  |  |  | 122.38 | 122.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,069.02 |  |
| 05/04/20 | 05/04/20 | 0 | Transferred to SN Servicing |  |  | 0.00 | 122.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,069.02 |  |
|  | 05/04/20 | 0 |  |  |  | 0.00 | 122.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,069.02 |  |
| 05/15/20 | 05/15/20 | 11 | 09/14/19 | 579.34 | 579.34 | 74.79 | 197.17 | 197.17 | 382.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,686.85 |  |
| 06/25/20 | 06/25/20 | 41 | 10/14/19 | 579.34 | 579.34 | 276.63 | 276.63 | 276.63 | 302.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,384.14 |  |
| 07/15/20 | 07/15/20 | 20 | 11/14/19 | 579.34 | 579.34 | 134.12 | 134.12 | 134.12 | 445.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,938.92 |  |
| 08/18/20 | 08/18/20 | 34 | 12/14/19 | 579.34 | 579.34 | 225.95 | 225.95 | 225.95 | 353.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,585.53 |  |
| 09/22/20 | 09/22/20 | 35 | 01/14/20 | 579.34 | 579.34 | 230.91 | 230.91 | 230.91 | 348.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,237.11 |  |
| 10/14/20 | 10/14/20 | 22 | 02/14/20 | 579.34 | 579.34 | 144.11 | 144.11 | 144.11 | 435.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,801.87 |  |

| | | | | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrears | Arrears | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. | Forbearance Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/20 | 11/17/20 | 34 | 03/14/20 | 579.34 | 579.34 | 220.70 | 220.70 | 220.70 | 358.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,443.23 | |
| 11/30/20 | 11/30/20 | 13 | 04/14/20 | 579.34 | 579.34 | 83.75 | 83.75 | 83.75 | 495.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,947.64 | |
| 01/01/21 | 01/01/21 | 32 | | | | 204.56 | 204.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,947.64 | |
| 01/20/21 | 01/20/21 | 19 | 05/14/20 | 579.34 | 579.34 | 121.46 | 326.02 | 326.02 | 253.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,694.32 | |
| 01/29/21 | 01/29/21 | 9 | 06/14/20 | 579.34 | 579.34 | 57.22 | 57.22 | 57.22 | 522.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,172.21 | |
| 03/17/21 | 03/17/21 | 47 | 07/14/20 | 579.34 | 579.34 | 295.49 | 295.49 | 295.49 | 283.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,888.36 | |
| 04/20/21 | 04/20/21 | 34 | 08/14/20 | 579.34 | 579.34 | 212.44 | 212.44 | 212.44 | 366.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,521.46 | |
| 05/18/21 | 05/18/21 | 28 | 09/14/20 | 579.34 | 579.34 | 173.56 | 173.56 | 173.56 | 405.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,115.68 | |
| 06/16/21 | 06/16/21 | 29 | 10/14/20 | 579.34 | 579.34 | 178.15 | 178.15 | 178.15 | 401.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,714.49 | |
| 07/11/21 | 07/10/21 | 24 | | | | 146.12 | 146.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,714.49 | |
| 07/12/21 | 07/11/21 | 1 | Due for 11/14/20 | | | 6.09 | 152.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,714.49 | |

-3954.33

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 16-11204-jps |
| Michael S. Young<br>Rochell A. Young | Chapter 13 |
| Debtors. | Judge Jessica E. Price Smith |

## CERTIFICATE OF SERVICE

I certify that on July 13, 2021, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jon M. Ginter, Debtors' Counsel
    jginter@ginterlegal.com

    Lauren A. Helbling, Chapter 13 Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Michael S. Young, Debtor
    21015 Libby Rd.
    Maple Heights, OH 44137

Rochell A. Young, Debtor
21015 Libby Rd.
Maple Heights, OH 44137

        Respectfully Submitted,

        /s/ Jon J. Lieberman
        Jon J. Lieberman (0058394)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor